### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TRACEY CORRISTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-1226 WEB |
| ) | |
| BOARD OF COUNTY COMMISSIONERS ) | |
| OF SEDGWICK COUNTY, KANSAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### **AGREED PROTECTIVE ORDER**

NOW, on this 24th day of March, 2008, the Court hereby enters a protective order pursuant to Fed. R. Civ. P. 26(c). This case presents a claim of discrimination and retaliatory discharge which may lead to discovery of personnel files or records of defendant's current or former employees which are ordinarily deemed confidential. On joint oral motion of the parties and for good cause shown, the Court orders that any such documents produced or disclosed during this litigation shall be used only for purposes of this lawsuit.

The Court further orders:

1. That access to said personnel files and records (hereafter "confidential documents") obtained under this Protective Order shall be limited to the parties, their counsel, clerical and staff persons employed by counsel, expert witnesses, and the Court;

2. That their use shall be restricted to pretrial, trial, and appellate proceedings in this case;

3.      That such confidential documents may be filed under seal only upon separate, specific motion and later order of the Court;

4.      That within thirty (30) days after the conclusion of this litigation, all copies of the confidential documents produced under this Protective Order shall either be destroyed or returned to the defendant's counsel.

IT IS SO ORDERED.

  s/   DONALD W. BOSTWICK
DONALD W. BOSTWICK
UNITED STATES MAGISTRATE JUDGE

APPROVED:

 s/ Joseph H. Cassell
Joseph H. Cassell, #10861
Attorney for Plaintiff
REDMOND & NAZAR, L.L.P.
245 N. Waco, Suite 402
Wichita, KS 67202
Phone: 316-262-8361
E-mail:  jhcassell@redmondnazar.com

 s/ Kevin T. Stamper
Kevin T. Stamper, #18824
Attorney for Plaintiff
Toomey Pilgreen, L.L.P.
229 E. William Street, Suite 201
Wichita, KS 67202
Phone: 316-264-3700
E-mail:  Kevin@toomeypilgreen.com

  s/ Edward L. Keeley
Edward L. Keeley, #09771
Attorney for Defendant
MCDONALD, TINKER,
SKAER, QUINN & HERRINGTON, P.A.
P.O. Box 207
Wichita, KS 67201-0207
Phone: 316-263-5851
E-mail: ekeeley@mtsqh.com